IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. 3:09cr55TSL-LRA

KASEY VALENTINE MURTAGH

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 and Count 3 of the Criminal Indictment against the defendant, Kasey Valentine Murtagh, without prejudice.

                                                    DONALD R. BURKHALTER
                                                    United States Attorney

Date:   January 21, 2010                    s/ Lynn Murray.
                                        By:   LYNN MURRAY
                                                 Assistant United States Attorney
                                                 Mississippi Bar No. 3690

Leave of Court is granted for the filing of the foregoing dismissal of Count 1 and Count 3.

ORDERED this 21st day of January, 2010

                                                      /s/Tom S. Lee
                                                      UNITED STATES DISTRICT JUDGE